AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

## SOUTHERN DISTRICT OF NEW YORK
## SUMMONS IN A CIVIL CASE

Geoffrey Teed and Kiyoko Teed

V.

Repro Lab, Inc.

CASE NUMBER:

**07 CIV. 4097**

**BRIEANT**

TO: (Name and address of Defendant)

Agent of Service:
Arie E. David, Esq.
15 West 39th Street
12th Floor
New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

Victoria de Toledo, Esq.
Casper & de Toledo, LLC
1458 Bedford St.
Stamford, CT 06905

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*J. Michael McMahon*                            MAY 2 4 2007

CLERK                                           DATE

(By) DEPUTY CLERK

⊙AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:_____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                *Signature of Server*

            _____
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GEOFFREY TEED AND KIYOKO TEED,

    Plaintiff,

-against-                                                  AFFIDAVIT OF SERVICE
                                                                                   07 Civ. 4097

REPRO LAB, INC.,

    Defendants.
-------------------------------------------------------X
STATE OF NEW YORK   )
                           S.S.:
COUNTY OF ALBANY   )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 8TH day of June, 2007, at approximately the time of 12:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND COMPLAINT upon REPROLAB, INC., the defendant in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        DONNA CHRISTIE is a white female, approximately 45 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 135 pounds with blonde hair and blue eyes.

DEBORAH LaPOINTE
Sworn to before me this
8TH day of June, 2007

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

```
                    State of New York - Department of State
                              Receipt for Service


Receipt #:  200706080174                           Cash #: 200706080157
Date of Service:  06/08/2007                       Fee Paid: $40 - DRAWDOWN
Service Company:  10 D.L.S. INC. - 10

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  REPROLAB, INC.



Plaintiff/Petitioner:
          TEED, GEOFFREY



Service of Process Address:
ARIE E. DAVID, ESQ.
15 WEST 39TH STREET
12TH FLOOR
NEW YORK,  NY 10018
                                                   Secretary of State
                                                   By   DONNA CHRISTIE
```