**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Geoffrey Teed and Kiyoko Teed | : | CIVIL ACTION NO. |
| | : | 07-cv-04097 (TPG) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| Repro Lab, Inc. | : | |
| | : | |
| Defendant. | : | August 9, 2007 |

**<u>APPEARANCE OF JEREMY VIRGIL</u>**

    Please enter my appearance as attorney for Plaintiffs, Geoffrey Teed and Kiyoko Teed.

THE PLAINTIFFS,

By: /S/ Jeremy Virgil
Jeremy Virgil, Esq. (jv4444)
Casper & de Toledo
1458 Bedford Street
Stamford, CT 06905
Tel. No.: 203-325-8600
Fax No.: 203-323-5970
jvirgil@cadetlaw.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing motion was mailed on this date hereon to the address listed with the Secretary of State and to the Secretary of State:

RebroLab, Inc.
c/o Arie E. David, Esq.
15 West 39th Street, 12th Floor
New York, NY 10018

ReproLab, Inc.
c/o Secretary of State
Department of State
41 State Street
Albany, NY 12231-0001

                                                                       /S/ Jeremy C. Virgil
                                                                         Jeremy C. Virgil