UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Geoffrey Teed and Kiyoko Teed ) | |
| ) | Case No.: 7:07-cv-4097 (TPG) |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| ) | |
| Repro Lab, Inc. ) | |
| ) | |
| Defendant ) | August 9, 2007 |

## **MOTION FOR DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Plaintiffs, Geoffrey Teed and Kiyoko Teed, respectfully request that a default be entered against the Defendant, Repro Lab, Inc. because the Defendant has failed to file an appearance and answer the complaint within the time period provided by law.  A supporting affidavit is attached hereto.

THE PLAINTIFFS

By:   /S/ Jeremy C. Virgil
Jeremy C. Virgil, Esq.
Casper & de Toledo LLC
1458 Bedford Street
Stamford, CT  06905
Tel. No.: 325-8600
Fed. Bar No. : JV4444

## **CERTIFICATION**

      This is to certify that a copy of the foregoing motion was mailed on this date hereon to the address listed with the Secretary of State and to the Secretary of State:

RebroLab, Inc.
c/o Arie E. David, Esq.
15 West 39th Street, 12th Floor
New York, NY 10018

ReproLab, Inc.
c/o Secretary of State
Department of State
41 State Street
Albany, NY 12231-0001

                                                  /S/ Jeremy C. Virgil
                                                    Jeremy C. Virgil