UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Geoffrey Teed and Kiyoko Teed** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 7:07-cv-4097 (TPG) |
| v. | ) | |
| | ) | |
| **Repro Lab, Inc.** | ) | |
| | ) | |
| Defendant | ) | August 9, 2007 |

## AFFIDAVIT

1. I, Jeremy C. Virgil, state that the following is true and correct to the best of my knowledge.

2. I am over the age of eighteen (18) years and am familiar with the obligations of an oath to tell the truth to the best of my knowledge.

3. I am an attorney licensed to practice law in the States of New York and Connecticut.

4. I represent the Plaintiff in the above entitled matter.

5. On June 8, 2007, I had served by a sheriff, a summons and complaint upon the Defendant on behalf of the Plaintiffs.

6. The time period for Defendant to appear and answer the complaint expired on June 28, 2007.

7. To date, Defendant has not appeared and answered the complaint.

8. The above is true and correct to the best of my knowledge.

_____          8/9/07
Jeremy C. Virgil                                          Date

Subscribed to and sworn before me this, 9th day of August, 2007.

_____
Notary Public / my commission expires
Commissioner of the Superior Court

MAEVE ROTHMAN
Notary Public
My Commission Expires 09/30/2010