AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

**APPEARANCE**

Case Number: 07CIV.4097

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendant ReproLab Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/16/2008 | *(signature)* |
| Date | Signature |
| | Arthur L. Alexander — AA4358 |
| | Print Name — Bar Number |
| | 150 Broadway - 14th Floor |
| | Address |
| | New York, NY — 10038 |
| | City — State — Zip Code |
| | (212) 425-3000 — (212) 385-1916 |
| | Phone Number — Fax Number |