Case No.: 07-cv-4097(TPG)
Geoffrey Teed and Kiyoko Teed v. Repro Lab, Inc.
June 26, 2008

# EXHIBIT A

Case 1:07-cv-04097-TPG   Document 9-2   Filed 06/26/2008   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
GEOFFREY TEED and KIYOKO TEED,
                Plaintiffs,        07 Civ. 4097 (TPG)

    - against -           **CLERK'S CERTIFICATE**

REPRO LAB, INC.,
                Defendants.
---------------------------------x

      I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify as follows:

      1.    This action commenced on May 24, 2007 with the filing of a summons and complaint.

      2.    Copies of the summons and complaint were served on Donna Christie, Agent of the Secretary of State of the State of New York.

      4.    Proof of such service thereof was filed on July 13, 2007.

      I further certify that the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the complaint. The default of the Defendant is hereby noted.

Dated:   New York, New York
           January 4, 2008

                                          **J. MICHAEL McMAHON**
                                          Clerk of the Court

                          By: _____
                                          Deputy Clerk