Case No.: 07-cv-4097(TPG)
Geoffrey Teed and Kiyoko Teed v. Repro Lab, Inc.
June 26, 2008

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Repro Lab,
332 East 30th Street
New York NY 10016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☒ Addressee

B. Received by (Printed Name): R Cr-llo

C. Date of Delivery: 5/21/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 0150 0003 4838 9930

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## CASPER & DE TOLEDO LLC
## ATTORNEYS AT LAW

1458 BEDFORD STREET
STAMFORD, CONNECTICUT 06905
TEL. (203) 325-8600
FAX. (203) 323-5970
www.casperdetoledo.com

STEWART M. CASPER*■
VICTORIA DE TOLEDO
ANASTASIOS T. SAVVAIDES*■
JEREMY C. VIRGIL*
HEATHER SPAIDE

JVIRGIL@cadetlaw.com

* also admitted in new york
■ certified civil trial advocate - national board of trial advocacy

May 19, 2008

**Via Certified Mail (7008 0150 0003 4838 9930)**

ReproLab, Inc.
332 East 30th Street
New York, NY 10016

    Re:    <u>Geoffrey Teed and Kiyoko Teed v Repro Lab, Inc.</u>
             Case No.: 07-cv-4097 (TPG)

Dear ReproLab:

    Pursuant to Judge Thomas P. Griesa's order during a pretrial conference on May 16, 2008, I am sending notice of the aforementioned lawsuit to your principal place of business. The aforementioned lawsuit is currently pending against you in the United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007. Attached you should find a copy of the complaint served on June 8, 2007. A default has been entered against you for failure to appear. **If you do not appear within 30 days of receipt of this letter judgment will enter against you**.

    Thank you for your prompt attention to this matter.

                                    Sincerely,

                                    Jeremy C. Virgil

JCV/jvh
Enclosure

cc:    The Honorable Thomas P. Griesa
       United States District Court, Room 1630
       500 Pearl Street
       New York, NY 10007