UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
GEOFFREY TEED and KIYOKO TEED

                        Plaintiffs,                  Index No. 07 CV 4097

   -against-

                                               ORDER
REPROLAB, INC.,

                        Defendant.

--------------------------------------------------------X

      Upon defendant's Notice of Motion to dismiss this action, filed June 17, 2008, upon defendant's Objection to Motion for Summary Judgment, filed June 26, 2008, and after conference with the Court conducted by telephone, together with counsel for both plaintiffs and defendant on August 18, 2008, it is hereby

      ORDERED that the default entered against defendant, entered January 4, 2008, is hereby vacated, and it is

      FURTHER ORDERED that defendant's motion to dismiss this action heretofore filed on June 17, 2008, shall now be returnable on _____, 2008, with plaintiffs filing their opposition on or before _____, 2008, and defendant filing its reply, if any on or before _____, 2008.

Dated:  September   , 2008

                                             _____
                                             HON. THOMAS P. GRIESA, USDJ